**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERESITA PALCES, individually and on
behalf of others similarly situated,

        Plaintiff,

  v.

EOS CCA, U.S. ASSET MANAGEMENT,
INC., entities of unknown business style,

        Defendants.

No. C 13-00473 WHA

**ORDER REQUESTING
SWORN DECLARATION**

Attorney Irving Berg is requested to submit a sworn declaration in support of his request
to continue the case management conference for sixty days.

**IT IS SO ORDERED.**

Dated:  April 29, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE