1  Irving L. Berg (SBN 36273)
   irvberg@comcast.net
2  THE BERG LAW GROUP
   145 Town Center, PMB 493
3  Corte Madera, CA 94925
   (415) 924-0742 Telephone
4  (415) 891-8208 Facsimile

5  Attorneys for Plaintiff,
   TERESITA PALCES
6
   Jeanne L. Zimmer (SBN 123321)
7  Zimmerj@cmtlaw.com
   J. Grace Felipe (SBN 190893)
8  Felipeg@cmtlaw.com
   CARLSON & MESSER LLP
9  5959 W. Century Boulevard, Suite 1214
   Los Angeles, California 90045
10 (310) 242-2200 Telephone
   (310) 242-2222 Facsimile
11
   Attorneys for Defendants,
12 EOS CCA and U.S. ASSET MANAGEMENT, INC.

13

14                    UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

16 TERESITA PALCES, individually and on )   CASE NO. 4:13-cv-00473-WHA
   behalf of other similarly situated,   )
17                                       )   [Judge: Hon. William Alsup]
                       Plaintiff,        )
18                                       )   NOTICE OF DISMISSAL WITHOUT
         vs.                             )   PREJUDICE [F.R.C.P. 41(a)(1)(A)(ii)]
19                                       )
   EOS CCA; U.S. ASSET                   )
20 MANAGEMENT, INC., entities of         )
   unknown business style,               )
21                                       )
                       Defendants.       )
22

23       TO ALL PARTIES AND TO THEIR ATTORNEYS-OF-RECORD:

24       PLEASE TAKE NOTICE that Plaintiff TERESITA PALCES ("Plaintiff"), individually and

25 on behalf of others similarly situation, and Defendants EOS CCA and U.S. ASSET

26 MANAGEMENT, INC. (collectively, "Defendants"), through their counsel, hereby stipulate that

27 Plaintiff dismisses the herein lawsuit without prejudice as to herself and the putative class pursuant

28 to *Federal Rules of Civil Procedure* 41(a)(1)(A)(ii). There has been no certified class.

                                           1

07414.00/194112                                              STIPULATION FOR DISMISSAL
                                                             CASE NO: 4:13-CV-00473-WHA

1  The Court's approval or Order for dismissal is not required pursuant to Rules 23(e), 23.1(c) and 66
2  of the *Federal Rules of Civil Procedure*. Each party is to bear her/its/their own attorney's fees and
3  costs.

5  DATED: May 1, 2013

THE BERG LAW GROUP

By: _____
Irving L. Berg
Attorneys for Plaintiff,
TERESITA PALCES

DATED: May 1, 2013

CARLSON & MESSER LLP

By: _____
Jeanne L. Zimmer
J. Grace Felipe
Attorneys for Defendants,
EOS CCA and
U.S. ASSET MANAGEMENT, INC.

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

07414.00/194112

2

STIPULATION FOR DISMISSAL
CASE NO: 4:13-CV-00473-WHA